

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00283-CV

Lee Nick **MCFADIN** III and Sandra Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE, LLC**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the agreed motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that all costs of appeal, if any, shall be borne by the party that incurred them.

SIGNED June 27, 2018.

_____
Marialyn Barnard, Justice